

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00167-CR
_____

DONALD RAY MCCRAY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 70,652-C, Honorable Ana Estevez, Presiding

June 25, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant Donald Ray McCray, proceeding pro se, filed a notice of appeal from a purported judgment.[1]  However, no pronouncement of sentence or appealable order has been entered by the trial court.  Questioning whether we have jurisdiction over the appeal, we directed appellant to address the matter by June 11, 2019.  Appellant did not file a response.

_____

[1] Appellant has previously filed six notices of appeal in this criminal case, cause numbers 07-16-00020-CR, 07-16-00444-CR, 07-17-00058-CR, 07-17-00258-CR, 07-18-00011-CR, and 07-18-00257-CR. We dismissed the appeals for want of jurisdiction.

As we stated in *Kerr v. State,* No. 07-13-00128-CR, 2014 Tex. App. LEXIS 12850, at *9 (Tex. App.—Amarillo Nov. 25, 2014, no pet.) (mem. op., not designated for publication), "[w]hen no sentence is pronounced, there is no valid judgment or conviction from which to appeal." Given the absence of either an oral pronouncement of sentence or an appealable order, we have no jurisdiction over the appeal. Therefore, we dismiss the appeal for want of jurisdiction.

Per Curiam

Do not publish.